# United States Court of Appeals
## For the Eighth Circuit
_____

No. 24-3434
_____

Isaiah Marin

*Plaintiff - Appellant*

v.

TVS Supply Chain Solutions North America, Inc.; Robert Riordan, Senior Human
Resources, Business Partner, also known as Bob; Levi Mansfield, TVS Third Shift
Operations Manager; Diane Francis, TVS Human Resources Adminstrator; David
Black, TVS Chief Operations Officer, also known as Dave

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: April 28, 2025
Filed: May 1, 2025
[Unpublished]
_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Isaiah Marin appeals the district court's[1] order dismissing his pro se employment action. Upon de novo review, we find no basis for reversal. <u>See</u> <u>Mulvenon v. Greenwood</u>, 643 F.3d 653, 656 (8th Cir. 2011) (standard of review). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.